PROB 12A
(NYEP-11/25/02)

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: **Letisha Hunte**  Case Number: **01 CR 538-03**
Name of Sentencing Judicial Officer:  **Honorable Raymond J. Dearie**
Date of Original Sentence:  **April 29, 2005**
Original Offense:  **Conspiracy to Distribute Narcotics, 21 USC 846, a class A felony**
Original Sentence:  **1 day incarceration and 5 years supervised release with special condition requiring drug treatment and, if deported, not to return to the United States**

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **May 1, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Use of Illicit Substances |

U.S. Probation Officer Action:

This offender is having difficulty adjusting to supervision. After she was sentenced on April 29, 2005, to one day in prison she did not come into the Probation Office for processing. We conducted a home contact with her in August 2005 and she explained that she did not know she was required to report to the Probation Office within 72 hours of release from the Bureau of Prisons. Since then the subject submitted urine specimens which tested positive for cocaine on November 18, 2005, December 9, 2005, December 30, 2005, and January 3, 2006. She submitted a urine specimen which tested positive for marijuana on October 27, 2005. Of note are the urine specimens submitted on November 21, 2005, December 12, 2005, January 5, 2006, January 23, 2006, and February 23, 2006 which were negative for all illicit substances.

At this point the subject appears to be doing well at Tri-Center, an outpatient drug treatment agency and we believe his participation in this treatment is adequate. Any further illicit use will result in a residential drug treatment placement. Upon a finding of illegal drug use, wherein the offender tests positive for illegal controlled substances more than three times within twelve months, the statute requires that supervision be revoked and a term of imprisonment imposed (18USC 3565 (b)(1), 3583 (g), amended November 2, 2002). The only exception is where the Court finds the offenders past or current involvement in an appropriate treatment program warrants a reprieve from mandatory revocation.

We respectfully request a reprieve in this case as the offender appears to be adhering to the other conditions of supervision.

Respectfully submitted by,

Kelly O'Keefe
Sr. U.S. Probation Officer

Approved by,

Andrew Bobbe
Deputy Chief U.S. Probation Officer
Date: 3/7/06

THE COURT ORDERS:
- [x] No Action
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Signature of Judicial Officer

3/9/06
Date